UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>Paul Binh Do<br><br>  Defendant. | Case No.: SACR16-00047 DOC<br><br>ORDER [OF DETENTION]<br>AFTER HEARING HELD PURSUANT<br>TO 18 U.S.C. § 3148 (B)<br><br>(Alleged Violation of Conditions of<br>Pretrial Release) Sentence |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge _____, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

    (A)  ( )  that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (✓)  that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

visited parks [illegible]

1   and

2   (2)

3       (A)  ( )  that based on the factors set forth in 18 U.S.C. § 3142(g), there is no
4                             condition or combination of conditions of release that will assure that
5                             the defendant will not flee or pose a danger to the safety or any other
6                             person or the community; or

7       (B)  ( )  that the defendant is unlikely to abide by any condition or
8                             combination of conditions of release.

9                             and/or, in the event of (1) (A)

10  (3)          (✓)  that the defendant has not rebutted the presumption that no condition
11                            or combination of conditions will assure that the person will not pose
12                            a danger to the safety of any other person or the community.

13                            or

14  (4)          ( )  that there are conditions of release that will assure that the defendant
15                            will not flee or pose a danger to the safety of any other person or the
16                            community, and that the defendant will abide by such conditions. <u>See</u>
17                            separate order setting conditions.

18            ( )  This Order shall be stayed for 72 hours in order to allow the
19                            Government to seek review from the [assigned District Judge]
20                            [criminal duty District Judge].

21                            or

22                            C.

23  (✓)  IT IS ORDERED that the defendant be detained prior to ~~trial~~ sentencing.

24

25  DATED:  __8/19/16__

                                        KAREN E. SCOTT
26                                          UNITED STATES MAGISTRATE JUDGE

27

28